**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| Susan Monroe, | : |
| | : |
| | : Civil Action No.: 8:10-cv-1625-DKC |
| Plaintiff, | : |
| v. | : |
| | : |
| I.C. Systems, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY**
**DISMISSAL OF ACTION WITH PREJUDICE**
**PURSUANT TO RULE 41(a)**

Susan Monroe ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 11, 2010

              Respectfully submitted,
              By /s/ Forrest E. Mays_____
              Forrest E. Mays (Bar No. 07510)
              2341 N Forrest Drive, Suite 90
              Annapolis, MD  21403
              Telephone: (410) 267-6297
              Facsimile: (410) 267-6234
              Email: mayslaw@mac.com

              Of Counsel To
              LEMBERG & ASSOCIATES L.L.C.
              A Connecticut Law Firm
              1100 Summer Street, 3rd Floor
              Stamford, CT 06905
              Telephone: (203) 653-2250
              Facsimile:  (877) 795-3666
              ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 11, 2010, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the District of Maryland Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                        By  /s/ Forrest E. Mays

                                            Forrest E. Mays